MARK MERMELSTEIN (SBN 208005)
mmermelstein@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Ste 3200
Los Angeles, CA  90017-5855
Telephone:  +1 213 612 2020
Facsimile:   +1 213 612 2499

JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:  +1 650 614 7400
Facsimile:   +1 650 614 7401

ANGELA COLT (SBN 286275)
acolt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000
Facsimile:   +1 212 506 5151

*Attorneys for Plaintiff*
*AdoreMe, Inc. d/b/a Adore Me*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AdoreMe, Inc. d/b/a Adore Me, | Case No. 2:19-CV-8830 |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Daniel Giovanni Watson, | **Demand for Jury Trial** |
| Defendant. | |

COMPLAINT

4161-6504-6815.1

Plaintiff AdoreMe, Inc. d/b/a Adore Me ("Adore Me" or "Plaintiff") hereby brings this action against Daniel Giovanni Watson ("Defendant" or "Watson") and alleges as follows:

## INTRODUCTION

1.     Adore Me brings this action to stop Defendant from continuing his phishing scam in which he preys on unsuspecting women by (a) posing as a talent scout for Adore Me; (b) impersonating Lindsey Hayes Kroeger ("Ms. Kroeger")—a well-respected talent scout—and/or pretending to be affiliated with her; and (c) using, unlawfully and without authorization, Adore Me's name, trademark, and reputation to obtain nude and intimate photographs from women.  To conduct his fraudulent scheme, Defendant has established email and social media accounts and profiles on Google, Instagram, Snapchat, YouTube, and Twitter using Ms. Kroeger's name.

2.     Defendant knowingly uses this phishing scheme on unsuspecting women and potential customers of Adore Me, trading on the substantial brand value and reputation of Adore Me to lure women into a false sense of security and a belief that they will become lingerie models for Adore Me.  ***Adore Me has never sought, nude photographs of women; neither has Ms. Kroeger***.  Adore Me now seeks to redress the harm to its reputation and the myriad victims of Defendant.  Any proceeds recovered through this action will be donated to the BadassArmy, a nonprofit organization dedicated to providing support to victims of revenge porn/image abuse, and eradicating the practice through education, advocacy, and legislation.

3.     Adore Me brings claims under the Lanham Act, 15 U.S.C. §§ 1114, 1125, California Business and Professions Code §§ 14200, 17200, 17500, and the California common law of trademarks.

## JURISDICTION

4.     Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331, 1338, and 1367 and under 15 U.S.C. § 1121 because this action arises under

COMPLAINT

the Lanham Act, 15 U.S.C. §§ 1114, 1125, and the Court has supplemental over the state law claims because they arise out of the same unlawful conduct by Defendant. In addition, subject matter jurisdiction is proper under 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

5.     Defendant is subject to personal jurisdiction here because he resides in this judicial district.

**VENUE**

6.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise the claims herein occurred in this judicial district and because a substantial part of the harm caused by Defendant has occurred in this judicial district.

**THE PARTIES**

7.     Adore Me is a corporation incorporated in the state of Delaware, and its principle place of business is in the state of New York.

8.     On information and belief, Defendant is an individual who resides in Los Angeles County in the state of California.

9.     On information and belief, Defendant owns, rents, leases, or otherwise has dominions over the email accounts lkcastings@gmail.com and lisakcastings@protonmail.com, the Instagram account @giovanniw, and the Snapchat account @giovanniw, the YouTube account GioVanni W, and he previously owned, rented, leased, or otherwise had dominion over the Twitter account @GioVanniWatson_.

**FACTUAL BACKGROUND**

*Adore Me Is a Highly Respected Company That Has Spent Years Building its Brand*

10.     Started in 2011, Adore Me designs, manufactures, and distributes high-quality apparel for women, including lingerie.  Adore Me empowers women to embrace their uniqueness.  Adore Me understands that every woman has a unique style and body type, and Adore Me celebrates that by designing lingerie styles with

- 2 -

COMPLAINT

1  a perfect fit for every body.

2      11.   Adore Me's lingerie is designed by women, for women, to inspire

3  confidence in each woman's body. Adore Me uses premium fabrics and lace with a

4  luxurious look and feel.  Adore Me's products are made to fit to flatter a customer's

5  shape and support her beautifully.

6      12.   Since 2011, Adore Me has used trademarks to indicate the origin of its

7  goods.  These trademarks include the following terms and designs, for which Adore

8  Me submitted applications for registration with the United States Patent and

9  Trademark Office ("USPTO"), and are collectively referred to as the "Marks":

10      a.   **ADORE ME**   , Reg. No. 4,182,189, registered with the USPTO

11          in connection with "bras, panties, and leggings," among other goods,

12          with a date of first use of at least as early as 2011.  A true and correct

13          copy of the registration certificate for this mark is attached hereto as

14          Exhibit A.

15      b.   ADORE ME, Serial No. 87116678, applied for at the USPTO on July

16          26, 2016 in connection with "lingerie," "bras, panties," among other

17          goods.  The USPTO issued a Notice of Allowance on June 25, 2019.  A

18          true and correct copy of the Application and Notice of Allowance from

19          the Trademark Status and Document Retrieval of the USPTO are

20          attached hereto as Exhibit B.

21      13.   Adore Me is the sole owner of the Marks.

22      14.   In continuous and exclusive use for eight years, as well as being the

23  subject of the expenditure of more than $100 million in promotion and advertising,

24  the Marks are recognized as indicators of source for Adore Me's high-quality and

25  empowering lingerie, and they are the embodiments of the substantial and valuable

26  goodwill associated with Adore Me's products.  Adore Me has continuously owned

27  and operated since 2011 the Internet domain name <www.adoreme.com>. Adore Me

28  has also owned and operated accounts on Facebook (@adoreme) since 2012,

4161-6504-6815.1

- 3 -

COMPLAINT

Instagram (@adoreme) since 2013, Pinterest (AdoreMeOfficial) since 2012, YouTube (Adore Me) since 2015, and Twitter (@AdoreMe) since 2011.  Adore Me has more than 2.8 million followers on Facebook, 450,000 followers on Instagram, 100,000 followers on Pinterest, 20,000 subscribers on YouTube, and 18,000 followers on Twitter.

15.    Adore Me takes pride in providing a snark-free, body-positive zone to consumers.  Adore Me selects models of all body shapes to invite women to come-as-they-are to select products from a wide range of styles and create a look they want. Working exclusively through professional modeling agencies, Adore Me's model selection process is highly professional; Adore Me does not work with any model who is not part of a professional modeling agency.  Adore Me does not work with talent scouts and does not accept unsolicited photos—nude or otherwise—from scouts or prospective models.  Most important, ***Adore Me never casts nude models and never requests nude pictures of prospective models in a model's portfolio***. Every part of Defendant's pattern of behavior is abhorrent and contrary to Adore Me's practices.

*Ms. Kroeger Is Not Affiliated with Adore Me or Defendant*

16.    On information and belief, Ms. Kroeger is an individual—and a real person—who resides in Los Angeles County in the state of California.   On information and belief, Ms. Kroeger has been known by several variations of her name, including Lisa Hayes Kroeger, Lindsey Hayes Kroeger, Lindsey Hayes, and Lindsey Kroeger.[1]   On information and belief, Ms. Kroeger is a former casting director, best known for her work on *Gossip Girl* (2007-2012), *The Final Destination* (2009), *Fear Itself* (2008-2009), *90210* (2008), and *The Strangers* (2008).  Ms. Kroeger has not ever worked with Adore Me.  On information and belief, Ms.

---

[1] *See, e.g*., Black Reel Award for Outstanding Ensemble, https://en.wikipedia.org/wiki/Black_Reel_Award_for_Outstanding_Ensemble (last visited October 14, 2019); Casting Directors List, https://castingdirectorslist.com/whoswho/lindsey-kroeger-casting/ (last visited October 14, 2019).

4161-6504-6815.1

COMPLAINT

1   Kroeger does not know and has not ever worked with Defendant.

2   *Defendant's Predatory Photo Scam and Modus Operandum*

3   17.   Phishing is the attempt to obtain sensitive information, such as biometric

4   information and other personal identifying information for malicious reasons by

5   disguising as a trustworthy entity or person in an electronic communication.

6   18.   Defendant has launched a sophisticated scam to obtain *the most sensitive*

7   *information* a person has—photographs of her most intimate body parts—by using

8   Adore Me's Marks without authorization and falsely holding himself out as affiliated

9   with Adore Me, a brand women trust.

10  **Step One: Create a Sense of Security by Using Adore Me's Name**

11  19.   On information and belief, Defendant uses, among other things, Google,

12  Instagram, Snapchat, YouTube, and Twitter accounts he controls to find

13  unsuspecting women to target.  On information and belief, Defendant sends victims

14  messages, using accounts he creates and controls and which are purportedly from

15  Ms. Kroeger, with myriad variations of her name: Lindsey Hayes Kroeger, Lindsey

16  Lisa Hayes Kroger, and Lisa Kroger.  On information and belief, Defendant also

17  meets at least some of them in person, including at Station 1640, a nightclub in

18  Hollywood.

19  20.   Los Angeles is an ideal place to continue to perpetrate his scheme as

20  many consider it the place to be discovered for entertainment work.

21  21.   Defendant approaches his potential victims over social media and in

22  person, poses as a talent scout, and says things such as "You ever heard of

23  AdoreMe[?] . . .  My close friend is looking for Busty women to try out a new bra

24  and give THEIR opinion on it high paying / asked me if I knew any women" [sic].

25

26

27

28

4161-6504-6815.1

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17
18
19
20
21
22
23
24
25
26
27
28

22.     Defendant pressures his targets to send an email to, or respond to an email from, his fake "close friend" at lisakcastings@protonmail.com and/or lkcastings@gmail.com, telling them to "include name age bra size any and all photos that show face, breast etc" [sic].  Defendant further lures women into a false sense of security by saying "She also said all photos are seen only by her so u can send any with no discretion[.]"   On information and belief, unbeknownst to his targets, Defendant's "friend" is actually a front for himself—Defendant controls the email accounts lisakcastings@protonmail.com and lkcastings@gmail.com.

4161-6504-6815.1

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15    23.    On information and belief, Defendant shows his target victims a fake

16  email and/or direct message on a social media platform, purportedly from his "close

17  friend" to him, which email asks him to help her find candidates for an advertising

18  campaign for Adore Me, paying $3,000-$8,300.  Defendant describes his "friend" as

19  a "close casting associate I've worked w many times who casted me in a few

20  projects."

21
22
23
24
25
26
27
28

4161-6504-6815.1

 giovanniw  



I'm not sure yet but somewhere in koreatown

Oh ok!! Also may have something your interested in

What is that?

A close casting associate I've worked w many times who casted me in a few projects lemme know if this interests you



Hey Gio?
Hope your well, listen I'm casting two major
campaigns for women called "Body By You" and
"Wonder Bra" a fitness dvd and a new
revolutionary Bra, i want ALL SHAPES AND
SIZES, small,slim,curvy, etc doesn't matter!
Would love to have the girls try the products and
give thier honest opinion on both before the
public release, pays 6,800 each to do so. If you
know any please have them email me right away
to Lisakcastings@protonmail.com
Name
Age
Bra size
Initial submission 8-10 selfie and mirror based
photos NOT ON SOCIAL MEDIA, showcasing,
risqué is fine due to me being the only and
SOLEY one that views and all attachments are
automatically deleted after, thank you.

LKCASTINGS
(C)
C.S.A



4161-6504-6815.1

1    24.    On information and belief, Defendant tells a would-be victim, "you fit

2 the breakdown."   But if the target suggests checking with a manager or agent,

3 Defendant drops any interest, saying "nvm" (shorthand for "never mind"), the fake

4 Ms. Kroeger "wants to leave managers and agents out."



4161-6504-6815.1

**Step Two: Set the Trap through Impersonation**

25.  On information and belief, Defendant is known in the entertainment industry as a skilled impersonator.  *See, e.g.*, Bianca Bee, "Giovanni Watson Impersonates Terrence Howard & Promotes New Film Restored Me" (Feb. 23, 2015),   http://www.itsbiancabee.com/giovanni-watson-impersonates-terrence-howard-talks-restored-me/ (last visited October 14, 2019); *Giovanni Watson Impersonates Terrence Howard & Promotes New Film "Restored Me,"* YouTube (Feb. 23, 2015),  https://www.youtube.com/watch?v=LKrCMmJxfBY , at *4:40 ("You're so great at impersonations").





Giovanni Watson Impersonates Terrence Howard & Promotes New Film Restored Me

*February 23, 2015*

MACMILLAN PARKA-BLACK
$895

This week's episode I caught up with Giovanni Watson, he did some of his best  impersonations & talked Relationship with Yesi Ortiz. He is full energy!! Check out our interview below!

26.  On information and belief, as part of his scheme, Defendant uses these

4161-6504-6815.1

COMPLAINT

1   skills to impersonate Ms. Kroeger and lure his victims into a false sense of security.

2       27.    On information and belief, Defendant sends unsuspecting women

3   emails from an account that purports to be from Ms. Kroeger, but which account

4   Defendant actually controls, stating that "she" has "interns scouting social media

5   looking for busty, curvy, ideally plus size women to be a part of two major

6   campaigns."   On information and belief, as part of his scheme, Defendant uses,

7   without authorization and with bad faith intent, the name "LKCASTINGS," the

8   domain   name   <www.lisakcastings.com>,   and   the   email   addresses

9   lkcastings@gmail.com and lisakcastings@protonmail.com, which are confusingly

10  similar to Ms. Kroeger's name, to impersonate her.



COMPLAINT

4161-6504-6815.1

28.    On information and belief, after a target victim responds to his initial email impersonating Ms. Kroeger, Defendant sends a follow up email, still impersonating her, prominently featuring the Adore Me name, mark, and domain name, asking for "snap shots of you braless from waist up and head to toe from front back and each side head to toe," and offering more than $3000 if the women are "casted."




**Step Three: Reassure Victims that the Scheme Is a Real Casting Opportunity**

29.    On information and belief, if Defendant's would-be victims express reservations about the fake Ms. Kroeger emails, Defendant pressures the victims to participate by providing a screenshot of a website with Ms. Kroeger's actual work

4161-6504-6815.1

COMPLAINT

history, and saying things like "Nothing sketchy about her she casted me for Gossip girl a while back[.]"  On information and belief, Defendant's impersonations are credible because he uses real details about Ms. Kroeger's work history, such as her work casting for *Gossip Girl* and a summary of her profile and work history from Casting Directors List, https://castingdirectorslist.com/whoswho/lindsey-kroeger-casting/, and women believe that Defendant is Ms. Kroeger.



30.    On information and belief, the real Ms. Kroeger was a successful casting director for several years on *Gossip Girl*, so Defendant's statement that Ms. Kroeger cast him on Gossip Girl makes Defendant's impersonation of her even more believable.  On information and belief, the real Ms. Kroeger did not cast Defendant

COMPLAINT

1   on *Gossip Girl* and has never worked with Defendant.  Ms. Kroeger has never worked

2   with Adore Me.

3        31.    On information and belief, if a target victim expresses trepidation, or

4   does not respond right away, Defendant sends a follow up email, purportedly from

5   Ms. Kroeger, "checking in."   Defendant then "reassures" his victims that the

6   impersonation account is trustworthy, convincing the victim to feel safe sending her

7   most intimate photos to the account.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



COMPLAINT

4161-6504-6815.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

32.     Similarly, on information and belief, Defendant sends Instagram and/or other social media direct messages, from his own account, to his victims, telling them he thinks they're "gunna get it" [sic], which he claims to know because "She emailed me saying she was leaning your way."  When a victim asks whether Ms. Kroeger or her company have an Instagram account, Defendant states that "She's an older white woman," suggesting that she would be unlikely to have an Instagram account.



4161-6504-6815.1

COMPLAINT

**Step Four: Trick Women into Providing Intimate Photos and Videos**

33.    On information and belief, as part of Defendant's impersonation scheme, posing as Ms. Kroeger, he solicits additional intimate photos from his victims and explains in the follow-up email (still impersonating Ms. Kroeger) to would-be victims that "THE FIRST ROUND OF PHOTOS SENT FOR YOU WERE TO SEE IF YOU BOTH FIT THE CRITERIA WHICH YOU DO!" [sic].



4161-6504-6815.1

COMPLAINT

34.    On information and belief, if the target does not respond with the photos Defendant initially asked for in his email impersonating Ms. Kroeger, Defendant sends a follow up email, asking, "Did you read where I stated I need the 15-20 selfi [sic] and mirror based in the requested wardrobe?  Also tank needs to be cut shorter to see natural shape, hang, girth of breast?"



35.    Similarly, on information and belief, if the victim does not respond quickly with photos, Defendant, using the fake Ms. Kroeger account, sends additional messages, "checking in before [Defendant] clock[s] out," or asking for an "ETA" (*i.e.*, an estimated time of arrival) for the photos.



4161-6504-6815.1

COMPLAINT

1     36.    On information and belief, victims who send some pictures to the fake

2  Ms. Kroeger account receive additional emails from the fake Ms. Kroeger account,

3  asking for a "self shot 15 minute video of you," [sic] in which candidates must speak

4  about themselves and then disrobe to "see natural shape, hang, girth of breast, also

5  being in small G string cut bottoms."  Purportedly, in order for the fake Ms. Kroeger

6  to "scan the video," candidates must apply a "very very heavy amount of oil to chest."



Great will need as follows
A self shot 15 minute video of you
In something FITTED, stating name,age,bra size
and body type, followed by showcasing Body and
speaking JUST a little about yourself, followed by
disrobing to be in tank cut ABOVE nipple line to see
natural shape,hang,girth of breast also being in
small G string cut bottoms speaking on why your
great for both campaigns. Lastly in order for me to
scan video to see which "Wonder Bra" will benefit
you i need to scan the video, how i accomplish that
is by you applying a very very heavy amount of oil
to chest, which will counter act with any light and
allow me to scan, also showcasing from all angles,
it should be modelesk and showing a girl next door
mystique about your self! This is all about
personality HOWEVER still captivating me. Please
send via Dropbox or google drive.


LKCASTINGS
(C)
C.S.A

CONFIDENTIALITY NOTICE: This email message,
together with any documents, files and/or email
messages attached to it, is intended for the sole
use of the individual or entity to whom it is
addressed, and may contain
information that is legally privileged, confidential

COMPLAINT

37.   Moreover, on information and belief, if a victim expresses concern about sending further nude photos or videos, Defendant, posing as Ms. Kroeger, reminds the victim that "you already sent the requested photos," and "you proceeded was you stating you agree."   On information and belief, victims feel trapped into sending additional photos and videos because of Defenant's veiled threat.   On information and belief, Defendant convinces victims to send videos by stating, "Casting directors do not speak on phone until booked, if I'm asking too much I shall proceed although I wanted to book you."



4161-6504-6815.1

COMPLAINT

38.    On information and belief, if the photos a victim sends are not sufficiently revealing, Defendant responds (still impersonating Ms. Kroeger) with a "SIGH" that "she" does not require photos that are "nude per se, but I do need to see your natural hang, shape, and girth" because the victim is purportedly a "great candidate" for the fake Adore Me campaign.



4161-6504-6815.1

COMPLAINT

**Step Five: Hope No One Learns that Watson Is Impersonating Ms. Kroeger**

39.    On information and belief, emails originating from Defendant's personal snapchat and email accounts use the same language, such as "sigh," as those purportedly originating from the fake Ms. Kroeger account.



40.    On information and belief, Defendant seeks to halt any "digging" into the veracity of the fake Kroeger account when a would-be victim expresses skepticism.



COMPLAINT

1      *Defendant Must Immediately Be Stopped*

2          41.    When informed of this scam, Adore Me immediately engaged a private

3    investigator to determine the identity of Defendant.

4          42.    In this kind of scheme, there are unlimited email addresses and social

5    media accounts Defendant could use, and unlimited persons Defendant could

6    impersonate to perpetrate this scam.  There are likewise any number of fraudulent

7    ends, including revenge porn, to which Defendant could put the highly personal

8    intimate photographs and videos he obtains through his scheme.  To end this scheme,

9    Defendant himself must be enjoined to prevent the additional compromise of highly

10   personal intimate information.

11         43.    The protection of consumers and of Adore Me's reputation requires that

12   this scheme be permanently shut down.

13         44.    On information and belief, Defendant has offered for sale and advertised

14   his fake scouting services and continues to offer for sale and advertise his fake

15   scouting services, purporting to be affiliated with Adore Me, in via the Internet and

16   through his social media accounts in interstate commerce.

17

18               **COUNT I – Federal Trademark Infringement**

19                        **15 U.S.C. § 1114**

20         45.    Adore Me repeats, reiterates, and re-alleges each and every allegation

21   contained in Paragraphs 1 through 44 as if full set forth herein.

22         46.    Adore Me is the owner and registrant of the Marks.  Defendant has not

23   been granted any right to use the Marks.

24         47.    Defendant has used and continues to use Adore Me's Marks in

25   connection with offering scouting services in interstate commerce, including Adore

26   Me's federally registered trademark.  Defendant's uses of the Marks have caused

27   and/or are likely to cause confusion or mistake, or to deceive regarding the source,

28   sponsorship, approval, and/or affiliation of the services offered by Defendant.

48.     Upon information and belief, Defendant has engaged and continues to engage in these acts with the knowledge of Adore Me's rights and the willful intent to violate same.

49.     Defendant's unlawful actions have had, are having, and will continue to have a substantial and adverse effect on United States commerce.  Defendant's wrongful acts and/or willful infringements have caused, and will continue to cause, irreparable harm to Adore Me unless permanently enjoined, for which Adore Me has no adequate remedy at law.

50.     Defendant has profited and will continue to profit from his unlawful actions because the intimate photographs of his victims are highly valuable and the private property of those women.

51.     Defendant's actions are causing and will continue to cause Adore Me monetary damage in amounts in excess of $75,000 and to be determined at trial.

52.     Defendant is liable for trademark infringement, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

## COUNT II – False Advertising
## 15 U.S.C. § 1125(a)

53.     Adore Me repeats, reiterates, and re-alleges each and every allegation contained in Paragraphs 1 through 52 as if fully set forth herein.

54.     Adore Me's marks, including its federally registered trademark, are distinctive marks that are associated with Adore Me and exclusively identify Adore Me's business, products, and services.

55.     Defendant's uses of the Marks have caused and/or are likely to cause confusion or mistake, or to deceive regarding the source, sponsorship and/or affiliation of the services offered by Defendant in commercial advertising.

56.     Adore Me is entitled to all relief available for Defendant's false and misleading statements about his purported affiliation with Adore Me, including but not limited to recovery of Adore Me's damages in excess of $75,000, in an amount

COMPLAINT

to be determined at trial, attorneys' fees, costs, treble damages, and injunctive relief.

57.     Defendant's wrongful acts and/or willful infringements, for which Adore Me has no adequate remedy at law, have caused, and will continue to cause damages and irreparable harm to Adore Me unless permanently enjoined.

58.     Defendant is liable for false advertising, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

## COUNT III – State Trademark Infringement
## Cal. Bus. & Prof. Code §§ 14200 et seq.

59.     Adore Me repeats, reiterates, and re-alleges each and every allegation contained in Paragraphs 1 through 58 as if fully set forth herein.

60.     Defendant has used and continues to use Adore Me's registered trademark and its unregistered mark.  By doing so, Defendant is likely to cause and has already caused confusion, mistake, or deception as to the origin, sponsorship, or approval of the fake and unauthorized version of the Adore Me marks.

61.     As a result of his wrongful conduct, Defendant is liable to Adore Me for violation of California's Model Trademark Statute.

62.     Adore Me seeks injunctive relief and compensatory and punitive damages in an amount to be proven at trial.

63.     As a direct result of Defendant's actions, Adore Me has suffered and continues to suffer irreparable harm for which it has no adequate remedy at law, and which will continue unless Defendant's actions are enjoined.  Defendant's wrongful and unauthorized use of Adore Me's trademarks to promote, market, or sell his fake talent scouting services constitutes trademark infringement pursuant to Cal. Bus. & Prof. Code §§ 14200 *et seq.*

## COUNT IV – State Trademark Infringement
## California Common Law

64.     Adore Me repeats, reiterates, and re-alleges each and every allegation contained in Paragraphs 1 through 63 as if fully set forth herein.

- 24 -

65.    Defendant has used and continues to use Adore Me's trademarks, which at all relevant times were used in commerce, including in the State of California.  By doing so, Defendant is likely to cause and has already caused confusion, mistake, or deception as to the origin, sponsorship, or approval of the fake and unauthorized version scouting services.

66.    As a result of his wrongful conduct, Defendant is liable to Adore Me for trademark infringement under the common law of California.

67.    Adore Me seeks injunctive relief and compensatory and punitive damages in an amount to be determined at trial.

68.    As a direct result of Defendant's actions, Adore Me has suffered and continues to suffer irreparable harm for which it has no adequate remedy at law, and which will continue unless Defendant's actions are enjoined.  Defendant's wrongful and unauthorized use of Adore Me's trademarks to promote, market, or sell services constitutes trademark infringement under California common law.

### COUNT V - Unlawful and Unfair Business Practices
### Cal. Bus. & Prof. Code § 17200

69.    Adore Me repeats, reiterates, and re-alleges each and every allegation contained in Paragraphs 1 through 68 as if fully set forth herein.

70.    Defendant's acts constitute unlawful and unfair business practices in violation of California Business and Professions Code section 17200.

71.    Adore Me seeks injunctive relief and restitution in an amount to be determined at trial.

72.    As a direct result of Defendant's actions, Adore Me has suffered and continues to suffer irreparable harm for which it has no adequate remedy at law, and which will continue unless Defendant's actions are enjoined.

### COUNT VI – False Advertising
### Cal. Bus. & Prof. Code § 17500, *et seq.*

73.    Adore Me repeats, reiterates, and re-alleges each and every allegation

COMPLAINT

1  contained in Paragraphs 1 through 72 as if fully set forth herein.

2      74.    Defendant's acts constitute unlawful conduct in violation of California

3  Business and Professions Code section 17500 et seq.

4      75.    Adore Me seeks injunctive relief and restitution in an amount to be

5  proven at trial.

6      76.    As a direct result of Defendant's actions, Adore Me has suffered and

7  continues to suffer irreparable harm for which it has no adequate remedy at law, and

8  which will continue unless Defendant's actions are enjoined.

9

10                              **PRAYER FOR RELIEF**

11  WHEREFORE, Plaintiff respectfully requests that the Court:

12      A.    Enter judgment in favor of Adore Me and against Defendant on all of

13  Plaintiff's claims;

14      B.    Preliminarily and permanently enjoin and restrain Defendant, his

15  agents, partners, attorneys, and all others in active concert or participation with

16  them, from:

17          i.    Soliciting, offering for sale, or advertising any service for in

18                 exchange for intimate photographs of women;

19         ii.    Impersonating any person with the intent of obtaining intimate

20                 photographs;

21        iii.    Using any account or profile used by Defendant to cause injury;

22        iv.    Making any use of Adore Me's Marks, or any designation of origin

23                 confusingly similar thereto;

24         v.    Infringing any of the Marks; and

25        vi.    Unfairly competing with Adore Me in the advertising or offering

26                 for sale of services related to the potential advertising of any of

27                 Adore Me's products.

28      C.    Order Defendant, pursuant to 15 U.S.C. § 1116, to serve on Adore Me

COMPLAINT

within thirty (30) days after service on Defendant of preliminary or permanent injunctive orders, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction;

D.     Order Defendant to account for, and pay over to Adore Me, Defendant's profits and all actual damages sustained by Adore Me, in excess of $75,000, but in an amount unknown at this time and to be determined at trial;

E.     Increase the amount of damages and/or profits awarded to Adore Me, as provided by law;

F.     Award Adore Me such enhanced, punitive, and special damages for Defendant's willful and intentional acts of unfair competition and infringement of Adore Me's rights that the Court shall deem just and proper;

G.     Award Adore Me the fees, costs and disbursements, and interest, expended in connection with any actions taken to investigate and confirm the claims made herein;

H.     Award Adore Me its reasonable attorney fees, costs, disbursements, and interest, as provided by law; and

I.     Grant such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury.

Dated:     October 15, 2019          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____ */s/ Mark Mermelstein*
MARK MERMELSTEIN
JACOB M. HEATH
ANGELA COLT
*Attorneys for Plaintiff*
*AdoreMe, Inc. d/b/a Adore Me*

4161-6504-6815.1

COMPLAINT